**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JANET L. HENDERSON                                                                    PLAINTIFF

v.                                            NO. 3:10CV00068 JLH

UNUM LIFE INSURANCE COMPANY OF AMERICA;
UT MEDICAL GROUP, INC. LONG TERM DISABILITY
PLAN; and UT MEDICAL GROUP, INC.                                          DEFENDANTS

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

It appearing to the Court this matter has been settled by the parties hereto, the same is hereby

dismissed with prejudice.

_____
THE HONORABLE JUDGE J. LEON HOLMES

_May 19, 2010_____
DATE

PREPARED BY:

_/s/ J. Matthew Coe_____
J. MATTHEW COE
Attorney for Plaintiff Janet L. Henderson